No. 21. GROMAN v. COMMISSIONER OF INTERNAL REVENUE. See *ante,* p. 654.

No. —, original. EX PARTE SAMUEL LESSER. December 6, 1937.

No. 416. U. S. EX REL. HANDLER v. HILL, WARDEN. December 6, 1937.

No. 480. GREEN v. CITY OF STUART. December 6, 1937.

No. 11. UNITED STATES v. WILLIAMS. December 13, 1937.

No. 370. AMERICAN PAPER GOODS Co. v. UNITED STATES. December 13, 1937.

No. 478. LOUISIANA & ARKANSAS RY. Co. v. FRANCIS. December 13, 1937.

No. 501. MORLEY CONSTRUCTION Co. ET AL. v. MARYLAND CASUALTY Co. December 13, 1937.

No. 520. GIORDANO v. ASBURY PARK ET AL. December 13, 1937.

No. —, original. EX PARTE CHARLES LEFKOWITZ. December 20, 1937.

No. 14. FEDERAL TRADE COMMISSION v. STANDARD EDUCATION SOCIETY ET AL. December 20, 1937. *Ante,* p. 112.